472

Janice CUMMINGS, Relator,

v.

**KELLY SERVICES AND INDEMNITY CO. of North America, t.p.a. ESIS, Respondents,**

and

**Associated Anesthesiologists, Landmark Surgery Center, and Summit Orthopedics, Ltd., Intervenors.**

No. A12–2036.

Supreme Court of Minnesota.

June 10, 2013.

William J. Krueger, Evan W. Cordes, William J. Krueger, P.A., New Brighton, Minnesota, for relator.

Jay T. Hartman, Britt M. Graupner, Heacox, Hartman, Koshmrl, Cosgriff & Johnson, P.A., Saint Paul, Minnesota, for respondents.

### ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed and served on October 17, 2012, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/_____
Alan C. Page
Associate Justice

WRIGHT, LILLEHAUG, JJ., took no part in the consideration or decision of this case.